IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

JAMES LEONARD JOHNSON )
Full name and prison number )
of plaintiff(s) )
 )
v. )   CIVIL ACTION NO. 3:05CV1202-T
 )   (To be supplied by Clerk of
RANDOLPH COUNTY JAIL )   U.S. District Court)
SHERIFF OF RANDOLPH COUNTY )
SHIRLEY JOHNSON/JAIL ADMINISTRATOR )
CRAIG DAVIDSON/CAPTAIN )
 )
 )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED
2005 DEC 16 A 9:33

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) N/A

         Defendant(s) N/A

      2. Court (if federal court, name the district; if state court, name the county) N/A

SCANNED
O. 12/19/05

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT ___Calhoun County Jail 400 West 8th Street Anniston Al. 36201___

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED ___Randolph County Jail Wedowee Ala.___

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                          ADDRESS
1. Jeff Fuller        P.O. Box 347 Wedowee Al. 36275
2. Shirley Johnson        "              "              "
3. Craig Davidson         "              "              "
4. _____
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ___Cruel and Unusual Punishment 10-5-05 int. 10-12-05___

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___Cruel and Unusual Punishment___

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I was placed in an isolation cell for seven days with 2 other men. There was only one bed. The cell has no running water and the toilet does not work. James L. Johnson, Tarrance Reese and JT Hatcher was placed in this 8ft by 10ft cell by officer Craig Davidson of the RCJ ~~Ground Two:~~ on October 5th until October 12th 2005

SUPPORTING FACTS: _____

GROUND THREE: _____

SUPPORTING FACTS: _____

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Compensated for time spent in that isolation cell

~~Plaintiffs relieved of duty~~

Administrator and Captain relieved of duty

*James L. Johnson*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 12-14-05 .
(Date)

*James L. Johnson*
Signature of plaintiff(s)

4