**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Captain Craig Davidson
   Randolph County Jail
   P. O. Box 347
   Wedowee, AL 36278

   05cv1202

2. Article Number
   (Transfer from service label)

   7005 0390 0000 5269 3735

PS Form 3811, February 2004        Domestic Return Receipt                    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☑ Agent  ☐ Addressee

B. Received by (Printed Name): William Davenport
C. Date of Delivery: 9/13-27/05

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

   Roc order + Cmp

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery?   Yes