IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES LEONARD JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 3:05cv1202-MHT ) |
| RANDOLPH COUNTY JAIL, *et al.*, | ) ) |
| Defendants. | ) |

**ORDER**

On 21 December 2005, the Magistrate Judge filed a Recommendation (Doc. #4) in this case to which no timely objections have been filed.  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge which is hereby ADOPTED, it is

ORDERED as follows:

1. That the plaintiff's claims against the Randolph County Jail are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i), and that this party is DISMISSED as a defendant to this complaint; and

2. That this case, with respect to the remaining defendants, is REFERRED back to the Magistrate Judge for additional proceedings.

Done this the 23rd day of January, 2006.

      /s/ Myron H. Thompson      
UNITED STATES DISTRICT JUDGE