IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **JAMES LEONARD JOHNSON,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:05-cv-01202-MHT-VPM |
| ) | |
| **RANDOLPH COUNTY JAIL, et.al.,** ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR EXTENSION OF TIME

COME NOW Sheriff Jeff Fuller, Jail Administrator Shirley Johnson, and Assistant Jail Administrator Craig Davidson, Defendants in the above-styled cause, and move this Honorable Court for an extension of time of 14 days in which to file their Special Report and Answer which is due on January 30, 2006. As grounds for this Motion, Defendants state as follows:

1. On December 21, 2005, this Court entered an Order directing the Defendants to file a Special Report in the above-styled cause within forty days of that Order.

2. Defendants are in need of additional time to fully respond to the Plaintiff's allegations.

3. In addition, it may be necessary to obtain additional documents relating to the Plaintiff's incarceration made the basis of his Complaint.

4. Defendants have not previously requested an extension of time in this case.

5. The Plaintiff will not be prejudiced by the requested extension.

WHEREFORE, PREMISES CONSIDERED Defendants respectfully request this Honorable Court grant their Motion for Extension of Time to file their Special Report and Answer up to and including February 13, 2006.

Respectfully submitted this the 24th day of January, 2006.

        s/ C. Richard Hill, Jr.
C. RICHARD HILL, JR. Bar No. HIL045
Attorney for Defendants
WEBB & ELEY, P.C.
7475 Halcyon Pointe Drive (36117)
Post Office Box 240909
Montgomery, Alabama  36124
Telephone:  (334) 262-1850
Fax:  (334) 262-1889
E-mail:  rhill@webbeley.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 24th day of January, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

        James Leonard Johnson
Calhoun County Jail
400 West 8th Street
Anniston, AL  36201

        s/C. Richard Hill, Jr.
OF COUNSEL