IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

James Leonard Johnson
    Plaintiff
V
Randolph County Jail, ET. AL.    Civil Action No.3:05-CV-1202-T
Sheriff Jeff Fuller
Jail Administrator Shirley Johnson
Captain Craig Davidson
    Defendants

Notice of Change of Address

    The Plaintiff wishes to inform the courts of his change of address from 400 West St., Anniston, AL. 36201
    The Plaintiff's new address is "26 Cedar Springs Dr., Jacksonville, AL. 36265"

Page # 1 of 2

## CERTIFICATE OF SERVICE

Copies sent to the Foregoing

| | |
|---|---|
| Sheriff Jeff fuller | Randolph County Jail<br>P.O. Box 347, Wedowee, AL. 36278 |
| Shirley Johnson | Randolph County Jail<br>P.O. Box 347, Wedowee, AL. 36278 |
| Craig Davidson | Randolph County Jail<br>P.O. Box 347, Wedowee, AL. 36278 |

Done This 23rd Day of January, 2006

Witness _____    Signed _____

26 Cedar Spring Dr.
Jacksonville, AL. 36265

Page # 2 of 2