IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

| | | |
|---|---|---|
| JAMES LEONARD JOHNSON | * | |
| Plaintiff, | * | |
| v. | * | 3:05-CV-1202-MHT |
| RANDOLPH COUNTY JAIL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' motion (Doc. NO. 10) is GRANTED; and

2. Defendants are GRANTED an extension from January 30, 2006 to February 13, 2006 to file their answer and written report.

Done this 27th day of January 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE