# Exhibit A

# Alabama Uniform Arrest Report
# dated May 5, 2005, Case # 050505201

## ALABAMA UNIFORM ARREST REPORT

| Fingerprinted | R84 Completed |
|---|---|
| ☐ Yes | ☐ Yes |
| ☒ No | ☒ No |

OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION

**IDENTIFICATION**

| 1 ORI # 0 5 6 0 3 0 0 | 2 AGENCY NAME WEDOWEE POLICE DEPT | 3 CASE # 0 5 0 5 0 5 2 0 1 | 4 SFX |
|---|---|---|---|

5 LAST, FIRST, MIDDLE NAME  Johnson  James  Leonard

6 ALIAS AKA  ANTONE  JOHNSON

| 7 SEX ☒M ☐F | 8 RACE ☒A | 9 HGT. 5 11 | 10 WGT. 164 | 11 EYE Bro | 12 HAIR Blk | 13 SKIN med | 14 | ☐ SCARS | ☐ MARKS | ☐ TATOOS | ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) Unk | 16 SSN 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 | 17 DATE OF BIRTH 09 27 66 | 18 AGE | 19 MISCELLANEOUS ID # |

| 20 SID # | 21 FINGERPRINT CLASS  KEY  MAJOR  PRIMARY  SCDV  SUB-SECONDARY  FINAL | 22 DL # 5129167 | 23 ST AL |

| 24 FBI # | HENRY CLASS  NCIC CLASS | 25 IDENTIFICATION COMMENTS  MOLE ON LEFT check |

| 26 ☐ RESIDENT ☒ NON-RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 213 South Christine Ave | 28 RESIDENCE PHONE ( ) | 29 OCCUPATION (BE SPECIFIC) NONE |

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) NONE | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE ( ) |

**ARREST**

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) 431 WEDOWEE AL 36278 | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☐ NO  ☐ IN STATE  ☐ OUT STATE  ☐ AGENCY |

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☐ DRINKING ☐ DRUGS ☒ SOBER | 37 RESIST ARREST? ☐ YES ☒ NO | 38 INJURIES? ☒ NONE ☐ OFFICER ☐ ARRESTEE | 39 ARMED? ☐ Y ☒ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |

| 41 DATE OF ARREST 05 05 05 11 30 | 42 TIME OF ARREST ☐ 1. AM ☐ 2. PM ☒ MIL | 43 DAY OF ARREST  S M T W ☒F S | 44 TYPE ARREST ☐ 1. CALL ☐ 2. VIEW ☒ WARRANT | 45 ARRESTED BEFORE? ☐ YES ☐ NO ☐ UNKNOWN |

| 46 CHARGE—1 ☐ FEL ☒ MISD  Crim mischef 2nd | 47 UCR CODE | 48 CHARGE—2 ☐ FEL ☐ MISD | 49 UCR CODE |

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED 05 05 05 | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED |

| 56 CHARGE—3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE—4 ☐ FEL ☐ MISD | 59 UCR CODE |

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |

| 66 ARREST DISPOSITION ☐ HELD ☐ BAIL ☐ RELEASED ☐ TOT—LE ☐ OTHER | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) Thomas, Richard. |
| | | 69 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) Dimming Pretha |

**VEHICLE**

| 70 VYR | 71 VMA | 72 VMO | 73 VST | 74 VCO  TOP  BOTTOM | 75 TAG # | 76 LIS | 77 L&Y |

| 78 VIN | 79 IMPOUNDED? ☐ YES ☐ NO | 80 STORAGE LOCATION/IMPOUND # |

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED | ☐ CONTINUED IN NARRATIVE |

**JUVENILE**

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | 83 RELEASED TO |

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |

**RELEASE**

| 91 DATE AND TIME OF RELEASE M D Y ☐ AM ☐ PM ☐ MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |

| | LOCAL USE |

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | STATE USE |

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | ADDITIONAL CASES CLOSED NARRATIVE ☐ Y ☐ N |

| 111 ARRESTING OFFICER (LAST, FIRST, MI) Reid WR Thomas | 112 ID # 302 | 113 ARRESTING OFFICER (LAST, FIRST, SI) | 114 ID # | 115 SUPERVISOR  ID # | 116 WATCH COMDR.  ID # |

TYPE OR PRINT IN BLACK INK ONLY

ACJIC—34 REV. 10-90

# Exhibit B

# Alabama Uniform Arrest Report
# dated May 5, 2005, Case # 050505603

**ALABAMA UNIFORM ARREST REPORT**

| | Fingerprinted | R84 Completed |
|---|---|---|
| | ☑ Yes ☐ No | ☐ Yes ☑ No |

**OFFICER'S WORK PRODUCT MAY NOT BE PUBLIC INFORMATION**

## IDENTIFICATION

| 1 ORI# | 2 AGENCY NAME | 3 CASE # | 4 SFX |
|---|---|---|---|
| 0560300 | Weaver Police Dept. | 0505.05.603 | |

| 5 LAST, FIRST, MIDDLE NAME | 6 ALIAS AKA |
|---|---|
| Johnson James Leonard | |

| 7 SEX ☐F ☑M | 8 RACE ☑W ☐B ☐I | 9 HGT 5 11 | 10 WGT 165 | 11 EYE Bro | 12 HAIR BN | 13 SKIN | 14 | ☐ SCARS ☐ MARKS ☐ TATOOS ☐ AMPUTATIONS |

| 15 PLACE OF BIRTH (CITY, COUNTY, STATE) | 16 SSN | 17 DATE OF BIRTH | 18 AGE | 19 MISCELLANEOUS ID # |
|---|---|---|---|---|
| Cleburne Co Al | 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-31879 | 8 91271 66 38 | 38 | |

| 20 SID # | 21 FINGERPRINT CLASS | XEY | MAJOR | PRIMARY | SCDV | SUB-SECONDARY | FINAL | 22 DL # | 23 ST |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 512947 | Al |

| 24 FBI # | HENRY CLASS | | | | | | 25 IDENTIFICATION COMMENTS |
|---|---|---|---|---|---|---|---|
| | NCIC CLASS | | | | | | |

| 26 ☐ RESIDENT ☑ NON–RESIDENT | 27 HOME ADDRESS (STREET, CITY, STATE, ZIP) 213 South Christian Ave Anniston Al 36201 | 28 RESIDENCE PHONE ( ) | 29 OCCUPATION (BE SPECIFIC) |
|---|---|---|---|

| 30 EMPLOYER (NAME OF COMPANY/SCHOOL) | 31 BUSINESS ADDRESS (STREET, CITY, STATE, ZIP) | 32 BUSINESS PHONE |
|---|---|---|

## ARREST

| 33 LOCATION OF ARREST (STREET, CITY, STATE, ZIP) Mainstreet Libretire Alcom | 34 SECTOR # | 35 ARRESTED FOR YOUR JURISDICTION? ☐ YES ☑ NO ☐ OUT OF STATE ☐ OTHER AGENCY |
|---|---|---|

| 36 CONDITION OF ARRESTEE: ☐ DRUNK ☑ SOBER ☐ DRINKING ☐ DRUGS | 37 RESIST ARREST? ☐ YES ☑ NO | 38 INJURIES? ☐ ON VIEW ☐ OFFICER ☐ ARRESTEE ☑ NONE | 39 ARMED? ☐ Y ☑ N | 40 DESCRIPTION OF WEAPON ☐ HANDGUN ☐ OTHER FIREARM ☐ RIFLE ☐ OTHER WEAPON ☐ SHOTGUN |
|---|---|---|---|---|

| 41 DATE OF ARREST 05 10 05 | 42 TIME OF ARREST | 43 DAY OF ARREST S M T W ☑T F S | 44 TYPE ARREST ☐ ON VIEW ☐ CALL ☐ WARRANT | 45 ARRESTED BEFORE? ☐ YES ☐ NO ☐ UNKNOWN |
|---|---|---|---|---|

| 46 CHARGE–1 ☐ FEL ☐ MISD U.P.L. | 47 UCR CODE | 48 CHARGE–2 ☐ FEL ☐ MISD Givin false Info | 49 UCR CODE |
|---|---|---|---|

| 50 STATE CODE/LOCAL ORDINANCE | 51 WARRANT # | 52 DATE ISSUED M D Y | 53 STATE CODE/LOCAL ORDINANCE | 54 WARRANT # | 55 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 56 CHARGE–3 ☐ FEL ☐ MISD | 57 UCR CODE | 58 CHARGE–4 ☐ FEL ☐ MISD | 59 UCR CODE |
|---|---|---|---|

| 60 STATE CODE/LOCAL ORDINANCE | 61 WARRANT # | 62 DATE ISSUED M D Y | 63 STATE CODE/LOCAL ORDINANCE | 64 WARRANT # | 65 DATE ISSUED M D Y |
|---|---|---|---|---|---|

| 66 ARREST DISPOSITION ☑ HELD ☐ TOT–LE ☐ BAIL ☐ OTHER ☐ RELEASED | 67 IF OUT ON RELEASE WHAT TYPE? | 68 ARRESTED WITH (1) ACCOMPLICE (FULL NAME) |
|---|---|---|
| | | 89 ARRESTED WITH (2) ACCOMPLICE (FULL NAME) |

## VEHICLE

| 70 VYR 1994 | 71 VMA Ohy | 72 VMO Neon | 73 VST 4dr | 74 VCO TOP BOTTOM Blue | 75 TAG # 11BC68 M | 76 LIS Al | 77 LEY 06 |
|---|---|---|---|---|---|---|---|

| 78 VIN 1P3ES47C4TDN08580 | 79 IMPOUNDED? ☐ YES ☑ NO | 80 STORAGE LOCATION/IMPOUND Dutters Garage R 31 |
|---|---|---|

| 81 OTHER EVIDENCE SEIZED/PROPERTY SEIZED 3 Full 12oz Beers 2open 12oz Beers | ☐ CONTINUED IN NARRATIVE |
|---|---|

## JUVENILE

| 82 JUVENILE DISPOSITION: ☐ HANDLED AND RELEASED ☐ REF. TO JUVENILE COURT ☐ REF. TO WELFARE AGENCY ☐ REF. TO OTHER POLICE AGENCY ☐ REF. TO ADULT COURT | 83 RELEASED TO |
|---|---|

| 84 PARENT OR GUARDIAN (LAST, FIRST, MIDDLE NAME) | 85 ADDRESS (STREET, CITY, STATE, ZIP) | 86 PHONE ( ) |
|---|---|---|

| 87 PARENTS EMPLOYER | 88 OCCUPATION | 89 ADDRESS (STREET, CITY, STATE, ZIP) | 90 PHONE ( ) |
|---|---|---|---|

## RELEASE

| 91 DATE AND TIME OF RELEASE M D Y : ☐ AM ☐ PM ☐ MIL | 92 RELEASING OFFICER NAME | 93 AGENCY/DIVISION | 94 ID # |
|---|---|---|---|

| 95 RELEASED TO: | 96 AGENCY/DIVISION | 97 AGENCY ADDRESS |
|---|---|---|

| 98 PERSONAL PROPERTY RELEASED TO ARRESTEE ☐ YES ☐ NO ☐ PARTIAL | 99 PROPERTY NOT RELEASED/HELD AT: | 100 PROPERTY # |
|---|---|---|

| 101 REMARKS (NOTE ANY INJURIES AT TIME OF RELEASE) |
|---|

| 102 SIGNATURE OF RECEIVING OFFICER | 103 SIGNATURE OF RELEASING OFFICER | LOCAL USE STATE USE |
|---|---|---|

| MULTIPLE CASES CLOSED | 104 CASE # | 105 SFX | 106 CASE # | 107 SFX | 108 CASE # | 109 SFX | 110 ADDITIONAL CASES CLOSED IN NARRATIVE |
|---|---|---|---|---|---|---|---|

| 111 ARRESTING OFFICER (LAST, FIRST, M.) Ford Wendell | 112 ID # | 113 ARRESTING OFFICER (LAST, FIRST, M.) Traylor Thomas | 114 ID # | 115 SUPERVISOR | 116 WATCH OFFICER |
|---|---|---|---|---|---|
| | | | | ID # | ID # |

**TYPE OR PRINT IN BLACK INK ONLY**

ACJIC–34  REV. 10-80

# Exhibit C

# Uniform Non-Traffic Citation and Complaint dated June 14, 2005, for the Unlawful Possession of Liquor

A

| State of Alabama<br>Unified Judicial System<br><br>ARJA-20        7/94 | **UNIFORM NON-TRAFFIC CITATION**<br>**AND COMPLAINT**<br>(For Scheduled Non-Traffic Violations or Misdemeanors) | Case Number |
|---|---|---|

IN THE _____ COURT OF _____ COUNTY

Law Enforcement Agency/Organization or Department

| The undersigned complainant, being duly sworn, deposes and says that the person herein named committed the offense hereinafter set for in that on or about: | Month | Day | Year | At<br>Approx | Time | ☐ AM<br>☐ PM<br>☐ MT |
|---|---|---|---|---|---|---|

First                          Middle/Maiden                          Last

Street

City                          State                          Zip

| Driver's License Number | State | Expiration Date | | | Birthday | | |
|---|---|---|---|---|---|---|---|
| | | Month | Day | Year | Month | Day | Year |

| Height | Weight | Eyes | Hair | Social Security Number | Sex | Race |
|---|---|---|---|---|---|---|

| Name of Employer | Address of Employer |
|---|---|

Did violate: ☐ Ordinance Number _____ ,which incorporates or encompasses Section _____ ,Code of Alabama 1975

within the city limits or police jurisdiction of _____ , and/or ☐ Section _____ ,Code of Alabama 1975

or ☐ Rule/Regulation Number _____ ,within _____ County at or near the following location (describe)

_____ more particularly described in the **DESCRIPTION OF OFFENSE** section below.

### DESCRIPTION OF OFFENSE

Offense or Short Description of Offense:

State Specific Facts Relating to Offense:

| Sworn to and acknowledged<br>before me this date | Month | Day | Year | Complainant's (Officer's) Signature |
|---|---|---|---|---|
| Signature and Title of Judicial Officer | | | Officer I D | Agency O R I |
| | | | | AL |

### COURT APPEARANCE INFORMATION                    ☐ Court Appearance Required

By signing this citation, I am promising to appear in court on the date and at the time specified below. If a court appearance is not required, I may choose to plead guilty before a magistrate or by mail or in person, paying the required fine and court costs prior to my scheduled court date, in which event I do not have to appear in court. If I do not appear in court on the scheduled date and if I do not plead guilty and pay the required fine and costs prior to that date, I promise to pay an amount prescribed by law.

I also understand that failure to appear or to plead guilty and pay the fine and costs may result in a warrant being issued for my arrest on the present charge and I may also be charged with second degree bail jumping.

| Court Appearance Date | | | | Court Address | Telephone Number |
|---|---|---|---|---|---|
| Month | Day | Year | Time ☐ AM<br>☐ PM | | |

| Defendant's Signature | Telephone Number |
|---|---|

**NOTICE: FAILURE TO APPEAR IN COURT AND/OR FAILURE TO REMIT FINE AND COSTS WILL RESULT IN AN ARREST WARRANT BEING ISSUED**

1. White - Court        2. Yellow - Law Enforcement        3. Pink - Defendant

# Exhibit D

# Uniform Non-Traffic Citation and Complaint dated June 14, 2005, for the offense of Giving False Information to Police

A

| State of Alabama<br>Unified Judicial System<br><br>ARJA-20          7/94 | **UNIFORM NON-TRAFFIC CITATION**<br>**AND COMPLAINT**<br>(For Scheduled Non-Traffic Violations or Misdemeanors) | Case Number |
|---|---|---|

IN THE _____ COURT OF _____ COUNTY | Law Enforcement Agency/Organization or Department

| The undersigned complainant, being duly sworn, deposes and says that the person herein named committed the offense hereinafter set for in that on or about: | Month | Day | Year | At Approx. | Time | ☐ AM<br>☐ PM<br>☐ MT |
|---|---|---|---|---|---|---|

First _____ Middle/Maiden _____ Last

Street

City _____ State _____ Zip

| Driver's License Number | State | Expiration Date | | | Birthday | | |
|---|---|---|---|---|---|---|---|
| | | Month | Day | Year | Month | Day | Year |

| Height | Weight | Eyes | Hair | Social Security Number | | Sex | Race |
|---|---|---|---|---|---|---|---|

Name of Employer _____ Address of Employer

Did violate: ☐ Ordinance Number _____ ,which incorporates or encompasses Section _____ ,*Code of Alabama 1975*

within the city limits or police jurisdiction of _____ **and/or** ☐ Section _____ ,*Code of Alabama 1975*

or ☐ Rule/Regulation Number _____ ,within _____ County at or near the following location (describe)

_____ more particularly described in the **DESCRIPTION OF OFFENSE** section below.

### DESCRIPTION OF OFFENSE

Offense or Short Description of Offense:

State Specific Facts Relating to Offense:

| Sworn to and acknowledged before me this date | Month | Day | Year | Complainant's (Officer's) Signature |
|---|---|---|---|---|

| Signature and Title of Judicial Officer | Officer I.D. | Agency O.R.I.<br>AL |
|---|---|---|

### COURT APPEARANCE INFORMATION          ☐ Court Appearance Required

By signing this citation, I am promising to appear in court on the date and at the time specified below. If a court appearance is not required, I may choose to plead guilty before a magistrate or by mail or in person, paying the required fine and court costs prior to my scheduled court date, in which event I do not have to appear in court. If I do not appear in court on the scheduled date and if I do not plead guilty and pay the required fine and costs prior to that date, I promise to pay an amount prescribed by law.

I also understand that failure to appear or to plead guilty and pay the fine and costs may result in a warrant being issued for my arrest on the present charge and I may also be charged with second degree bail jumping.

| Court Appearance Date | | | | | Court Address | Telephone Number |
|---|---|---|---|---|---|---|
| Month | Day | Year | Time | ☐ AM<br>☐ PM | | |

| Defendant's Signature | Telephone Number |
|---|---|

NOTICE: FAILURE TO APPEAR IN COURT AND/OR FAILURE TO REMIT FINE AND COSTS WILL RESULT IN AN ARREST WARRANT BEING ISSUED

1. White - Court          2. Yellow - Law Enforcement          3. Pink - Defendant

# Exhibit E

# Inmate Information Form

Name _Johnson-James Leonard_
Address _213 S. Christian Ave. Anniston AL_
D.O.B _9-27-66_     Social Security # _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_
Charge _VPL - False Info -_
Age _30_     Color _B_     Sex _M_     Height _5'4_
Color Eyes _Bro_     Color Hair _Blk_     Comp. _Med_     Wt. _165_
Committed to Jail _5-10-05_     Time _1815_
Committed to Bail __     Time __
Arrested by: _Judge Howd / Chief Shoaffer_     Sheriff
_____ Deputy Sheriff

_238-1800_          Hold for Anniston

Name __
Address __
D.O.B. __     Social Security # __
Charge __
Age __     Color __     Sex __     Height __
Color Eyes __     Color Hair __     Comp. __     Wt. __
Committed to Jail __     Time __
Committed to Bail _12-06-05_     Time _1800_
Arrested by: __     Sheriff
_____ Deputy Sheriff

Released to Anniston PD.

# Exhibit F

# Alabama SJIS CC/DC Case Detail
# DC 2005-000310

 *alacourt.com's*

*Alabama SJIS CC/DC Case Detail*

| Settings | Disposition | Sentence | Case Action Summary | Witness List | Financial | Enforcem |

### Case

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 56 RANDOLPH | Case Number | ☑ DC 2005 000310 00 | JID | WPW | DEF Status | J JAIL ESTS: A |
| Name | JOHNSON JAMES LEONARD | | | Alias | | | |
| Address 1 | 213 SOUTH CHRISTINE | | | Alias | | | |
| Address 2 | | | | SID | AL 000000000 | YDate | |
| Zip | 36201 0000 ANNISTON AL US | | | AS | | PR | 0000 000000 00 |
| DLNO | AL | DOB | 09271966 | SSN | | Race/Sex | B/M |
| Height | 5 11 | Weight | 164 | Eyes | BRO | Hair | BLK |
| Filed | 05052005 | AAGCY | S | Muni# | 00 | City | |
| Arrest | 05052005 | OffDT | 05052005 | ORI | 0560300 | OFFC | TRAYLOR |
| Indict | | Grand Jury | | Atty 1 | | Tkt# | |
| Bond | 0001000000 | Type | | Bond Co | | REL | 00000000 |
| Sure | | CWIT | | JDMD | | APPL | |
| Tracking No's | WR 2005 000260 00 / 0000 000000 00 / 0000 000000 00 | | | | | | |
| Date | 1 01102006 | Que | 001 | Time | 0830 A | Desc | REVW |
| Charge 1 | CRM2 | CRIM MISCHIEF 2ND | 13A-007-022 | M PR | Counts | 001 | |
| Charge 2 | | | | | Counts | | |
| Charge 3 | | | | | Counts | | |
| More | N | Dom Viol | N | Case Type | M | Case Cat | PR |
| Comment | | | | | | | |

### Settings

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | 01102006 | Que | 001 | Time | 0830 A | Desc | REVW REVIEW DOCKET/HEAR |
| Date 2 | | Que | 000 | Time | 0000 | Desc | |
| Date 3 | | Que | 000 | Time | 0000 | Desc | |
| Date 4 | | Que | 000 | Time | 0000 | Desc | |
| Prosecutor | JONES E PAUL | Atty 1 | | Atty 2 | | | |
| Flag | N | Flag | Y | Flag | | | |
| WARISS | | WARACT | | WARLOC | | | |
| BP ISS | | BP RTN | | | | | |

### Disposition

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| CRT ACT | G GUILTY PLEA | CADATE | 06072005 | Jury | Y | More | N |
| Charge 1 | CRM2 CRIM MISCHIEF 2ND 13A-007-022 M P | | | Counts | 001 | CA | G 06072005 |
| Charge 2 | | | | Counts | | CA | |
| Charge 3 | | | | Counts | | CA | |
| Admin | | Why | | TBNV1 | | TBNV2 | |
| Appeal | | CAPP | T | Type | | GJCA | |
| Cont Dt | | Why | | Cont# | 00 | DOM VIOL | N |
| Comment | | | | | | | |
| CMP:N | SPRO:Y | Due | 0000501800 | Warr:000 | SUBP:003 | Updated | 12072005 |

### Sentence

| | | | | | | |
|---|---|---|---|---|---|---|
| Sent | 06072005 | Begin | 06072005 | End | 12062005 | PRB BEG |
| IMP CONF | 00 12 000 | SUSP CONF | 00 00 000 | TOTAL CONF | 00 12 000 | JAIL CRED | 00 00 000 |
| LICN SUSP | 00 00 000 | PROBATION | 00 00 000 | PRB REV | 00000000 | |
| Monetary: | X COST | X FINE IMP: 00050000 | SUSP: 00000000 | X CVCC | X HIS | |
| | WCCS | MCOS 00000000 | JFEE 00000000 | DRGF 0 | ASU | |
| | WCDA | REMB 00000000 | 3CVC 00000000 | WARR 000 | USF | |
| | PREL | DRUG 00000000 | RCUP 00000000 | X SUBP 003 | | |
| | RES1 00000000 | | RES2 00000000 | RES3 00000000 | | |

| | RES4 00000000 | | RES5 00000000 | | | RES6 00000000 | | |
|---|---|---|---|---|---|---|---|---|
| Confine: | PENT | LIFE | LWOP | DEATH | SPLIT | BOOT 000 | EMON 00 | |
| | X JAIL | CCUR | CSEC | CTERM | HVSPL | GANG 000 | | |
| Programs: | JDVR | IPROB | AASCH | DJI | DDC | CSV 0000 | SAPP | |
| | PTRL | BCSCH | MNTL | CRO | ASCH | ANGER | DRUGCT | |
| Enhanced: | PROJ | CNOT | SCH | VDOB 00000000 | | HOOF 000 | | |
| | DRUG CODE: | | MEAS: | VOL: 00000000 | | | | |
| SEC/CUR: | 00 | 000000000000 00 | 00 | 000000000000 00 | | 00 | 000000000000 | |
| Comment: | | | | | | | | |
| BAL DUE | 0000501800 | DUE | 07062005 | | CRO | | Updated | 12072005 |

*Case Action Summary*

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 05052005 | 1119 | JUDG | ASSIGNED TO: (WPW) W. PATRICK WHALEY (AR01) | MAL |
| 05052005 | 1119 | FILE | FILED ON: 05/05/2005 (AR01) | MAL |
| 05052005 | 1119 | STAT | INITIAL STATUS SET TO: "J" - JAIL (AR01) | MAL |
| 05052005 | 1119 | ARRS | DEFENDANT ARRESTED ON: 05/05/2005 (AR01) | MAL |
| 05052005 | 1119 | FILE | CHARGE 01: CRIM MISCHIEF 2ND/#CNTS: 001 (AR01) | MAL |
| 05052005 | 1119 | CASP | CASE ACTION SUMMARY PRINTED (AR01) | MAL |
| 05092005 | 1144 | BOND | BOND SET AT: $10000.00 (AR01) | MAL |
| 05092005 | 1144 | DAT1 | SET FOR: BENCH TRIAL ON 06/07/2005 AT 0900A (AR01) | MAL |
| 05172005 | 1401 | SUBP | WITNESS SUBPOENA ISSUED (AW25) | LYS |
| 05172005 | 1621 | SUBP | WITNESS SUBPOENA ISSUED TO W001 THOMAS TRAYLOR | MAL |
| 05172005 | 1622 | SUBP | WITNESS SUBPOENA ISSUED TO W002 WENDELL FORD(AW21) | MAL |
| 06072005 | 0920 | DJID | DISPOSITION JUDGE ID CHANGED FROM: TO: WPW | MAL |
| 06072005 | 0920 | DISP | CHARGE 01: CRIM MISCHIEF 2ND/#CNTS: 001 (AR10) | MAL |
| 06072005 | 0920 | DISP | CHARGE 01 DISPOSED BY: GUILTY PLEA ON: 06/07/2005 | MAL |
| 06072005 | 0920 | CH01 | DEFENDANT SENTENCED ON: 06/07/2005 (AR05) | MAL |
| 06072005 | 0920 | CH01 | IMPOSED CONFINEMENT: 12 MONTHS (AR05) | MAL |
| 06072005 | 0920 | CH01 | TOTAL CONFINEMENT: 12 MONTHS (AR05) | MAL |
| 06072005 | 0920 | CH01 | COST PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 06072005 | 0920 | CH01 | FINE IMPOSED: $500.00 (AR05) | MAL |
| 06072005 | 0920 | CH01 | FINE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 06072005 | 0920 | CH01 | HISTORY FEE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 06072005 | 0920 | CH01 | CVCC PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 06072005 | 0920 | CH01 | SUBPOENA FEE PROVISION ORDERED BY THE COURT (AR05) | MAL |
| 06072005 | 0920 | CH01 | JAIL CONFINEMENT ORDERED BY THE COURT (AR05) | MAL |
| 08152005 | 1525 | COMM | RESTITUTION PD BY DC2005-308 (FE52) | MAL |
| 12072005 | 0957 | CH01 | SENTENCE TO BEGIN ON: 06/07/2005 (AR05) | MAL |
| 12072005 | 0957 | CH01 | END-OF-SENTENCE DATE: 12/06/2005 (AR05) | MAL |
| 12072005 | 0958 | DAT1 | SET FOR: REVIEW DOCKET/HEAR ON 01/10/2006 AT(AR01) | MAL |

# Exhibit G

# Affidavit of Sheriff Jeff Fuller

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JAMES LEONARD JOHNSON,    )
    )
    Plaintiff,    )
    )
v.    )    Civil Action No. 3:05-cv-01202-MHT-VPM
    )
RANDOLPH COUNTY JAIL, et.al.,    )
    )
    Defendants.    )

## AFFIDAVIT OF JEFF FULLER

STATE OF ALABAMA    )
    )
COUNTY OF RANDOLPH    )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Jeff Fuller, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Jeff Fuller. I am over the age of nineteen and competent to make this affidavit.

2.    I am the duly elected Sheriff of Randolph County, Alabama.

3.    I am familiar with the Plaintiff, James Leonard Johnson, due to the fact that he has been incarcerated in the Randolph County, Alabama Detention Facility. I am not personally familiar with the allegations made the basis of the Plaintiff's Complaint.

4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.    I have delegated the responsibility for the day-to-day functions of the Randolph County, Alabama Detention Facility to the Jail Administrator Shirley Johnson. As Sheriff of

Randolph County, Alabama, I am responsible for promulgating the policies governing the Detention Facility.

6.      The Randolph County Sheriff's Department operates the Randolph County Detention Facility pursuant to constitutionally sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. It is our policy that inmates are allowed adequate living quarters to sleep in and are able to access toilet facilities as needed.

7.      Internal grievance procedures at the Randolph County Detention Facility are available to all inmates. It is the policy of the Randolph County Detention Facility that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a detention center staff member for any grievance they may have. It is further the policy and procedure of the Randolph County Detention Facility to place each such grievance in the inmate's file for a record of the same.

8.      I have complied with all policies and procedures of the Randolph County Detention Facility. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

9.      I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

JEFF FULLER

SWORN TO and SUBSCRIBED before me this 10th day of February, 2006.

NOTARY PUBLIC
My Commission Expires:    My Commission Expires 4/8/07

# Exhibit H

# Affidavit of Jail Administrator
# Shirley Johnson

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| JAMES LEONARD JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:05-cv-01202-MHT-VPM |
| | ) | |
| RANDOLPH COUNTY JAIL, et.al., | ) | |
| | ) | |
| Defendants. | ) | |

**AFFIDAVIT OF SHIRLEY JOHNSON**

| | |
|---|---|
| STATE OF ALABAMA | ) |
| | ) |
| COUNTY OF RANDOLPH | ) |

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Shirley Johnson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.     My name is Shirley Johnson.  I am over the age of nineteen and competent to make this affidavit.

2.     I am the Jail Administrator of the Randolph County, Alabama Detention Facility, and have served as Jail Administrator since 1999.  I began my employment with the Randolph County Sheriff's Department in 1989 as a matron.  I am a graduate of Jail Management School.

3.     I am familiar with the Plaintiff, James Leonard Johnson, due to the fact that he has been incarcerated in the Randolph County, Alabama Detention Facility.

4.     I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.     The Plaintiff was placed in one of the holding cells on October 4, 2005, because he posed a threat to the safety and security interests of the Randolph County Detention Facility.

1

6.      The Randolph County Sheriff's Department operates the Randolph County Detention Facility pursuant to constitutionally sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected. It is our policy that inmates are allowed adequate living quarters to sleep in and are able to access toilet facilities as needed.

7.      The cell in which the Plaintiff was placed on October 4, 2005, has an operational toilet, sink, and running water.

8.      Plaintiff was placed back in the general population after five days in the holding cell.

9.      Internal grievance procedures at the Randolph County, Alabama Detention Facility are available to all inmates. It is the policy of the Randolph County, Alabama Detention Facility that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly. Inmates are given an inmate grievance form upon their request to complete and return to a detention center staff member for any grievance they may have. It is further the policy and procedure of the Randolph County, Alabama Detention Facility to place each such grievance in the inmate's file for a record of the same.

10.      Plaintiff has not complied with the grievance procedures of the Randolph County, Alabama Detention Facility. I have never received any grievance from the Plaintiff concerning any of the allegations made the basis of his Complaint. As there is a grievance procedure in the Randolph County Detention Facility, it could have been used by the Plaintiff to make known any questions or concerns he had regarding his incarceration. I never received any such grievance, and to the best of my knowledge, no grievance was ever written by the Plaintiff concerning these matters. Had any request form or grievance been submitted by the Plaintiff, it would have been

2

placed in his inmate file per Detention Facility policy. However, Plaintiff's inmate file is devoid of any such grievance.

11.    I have complied with all policies and procedures of the Randolph County, Alabama Detention Facility. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

12.    I certify and state that the documents from Plaintiff's Inmate File and from the General Jail Records provided to the Court which are attached to the Defendants' Special Report are true and correct copies of these records, kept at the Randolph County Detention Facility in the regular course of business. I am the Custodian of these Records.

13.    I swear to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____
SHIRLEY JOHNSON

**SWORN TO** and **SUBSCRIBED** before me this the _11_ day of February, 2006.

_____
NOTARY PUBLIC
My Commission Expires: _____

# Exhibit I

# Affidavit of Assistant Jail Administrator Captain Craig Davidson

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JAMES LEONARD JOHNSON,    )
    )
    Plaintiff,    )
    )
v.    )    Civil Action No.  3:05-cv-01202-MHT-VPM
    )
RANDOLPH COUNTY JAIL, et.al.,    )
    )
    Defendants.    )

## AFFIDAVIT OF CRAIG DAVIDSON

STATE OF ALABAMA    )
    )
COUNTY OF RANDOLPH    )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Craig Davidson, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Craig Davidson. I am over the age of nineteen and competent to make this affidavit.

2.    I am the Assistant Jail Administrator of the Randolph County, Alabama, Detention Facility. I have been employed by the Randolph County Sheriff's Department for over three years as a Captain. Before that I served as a Sergeant at the Chambers County Sheriff's Department for three years and as a jailer for two months. I am a graduate of Jail Management School.

3.    I am familiar with the Plaintiff, James Leonard Johnson, due to the fact that he has been incarcerated in the Randolph County, Alabama Detention Facility.

4.    I state affirmatively that I neither acted, nor caused anyone to act, in such a manner as to deprive the Plaintiff of any right to which he was entitled.

5.     The Plaintiff was placed in one of the holding cells on October 4, 2005, because he posed a threat to the safety and security interests of the Randolph County, Alabama Detention Facility.  It was necessary to separate him and the two other inmates from the rest of the jail population because it was evident that the Plaintiff and the other two inmates intended to start a riot.  These safety and security interests were the reason for placing the Plaintiff in the holding cell.

6.     The Randolph County Sheriff's Department operates the Randolph County, Alabama Detention Facility pursuant to constitutionally sound policies and procedures which ensure that the rights of all inmates incarcerated therein are respected.  It is our policy that inmates are allowed adequate living quarters to sleep in and are able to access toilet facilities as needed.

7.     The cell in which the Plaintiff was placed on October 4, 2005, has an operational toilet, sink, and running water.  Although the cell in which the Plaintiff and the other two inmates were placed has only one bed, the inmates had mats to sleep on.  In fact, they were allowed to have all their property from their previous cell with them in the holding cell.

8.     Plaintiff was placed back in the general population after five days in the holding cell.

9.     Internal grievance procedures at the Randolph County, Alabama Detention Facility are available to all inmates.  It is the policy of the Randolph County, Alabama Detention Facility that inmates are permitted to submit grievances and that each grievance will be acted upon accordingly.  Inmates are given an inmate grievance form upon their request to complete and return to a detention center staff member for any grievance they may have.  It is further the policy and

procedure of the Randolph County, Alabama Detention Facility to place each such grievance in the inmate's file for a record of the same.

10.    Plaintiff has not complied with the grievance procedures of the Randolph County, Alabama Detention Facility. I have never received any grievance from the Plaintiff concerning any of the allegations made the basis of his Complaint. As there is a grievance procedure in the Randolph County, Alabama Detention Facility, it could have been used by the Plaintiff to make known any questions or concerns he had regarding his incarceration. I never received any such grievance, and to the best of my knowledge, no grievance was ever written by the Plaintiff concerning these matters. Had any request form or grievance been submitted by the Plaintiff, it would have been placed in his inmate file per jail policy. However, Plaintiff's inmate file is devoid of any such grievance.

11.    I have complied with all policies and procedures of the Randolph County, Alabama Detention Facility. I am not aware of, nor have I authorized or allowed, any deviation from said policies and procedures.

12.    I swear to the best of my present knowledge and information that the above statements are true; that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____
CRAIG DAVIDSON

SWORN TO and SUBSCRIBED before me this ___ day of February, 2006.

_____
NOTARY PUBLIC
My Commission Expires: _____

# Exhibit J

# Affidavit of Matthew Fendley

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JAMES LEONARD JOHNSON,  )
                        )
    Plaintiff,          )
                        )
v.                      )    Civil Action No.  3:05-cv-01202-MHT-VPM
                        )
RANDOLPH COUNTY JAIL, et.al.,  )
                        )
    Defendants.         )

## AFFIDAVIT OF MATTHEW FENDLEY

STATE OF ALABAMA      )
                      )
COUNTY OF RANDOLPH    )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Matthew Findley, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Matthew Fendley.  I am over the age of nineteen and competent to make this affidavit.

2.    On October 4, 2005, Corrections Officer Craig Hann and I overhead someone in the C-Block yell out that someone was going to die.  Therefore, Officer Hann and I opened the door to C-Block to investigate.  The Plaintiff, Terrance Reese, and TJ Hatcher were in the day room along with other inmates.

3.    When we asked who had made that threat, the Plaintiff said for us to mind our business and began swearing.  Therefore, I ordered him to come with us.

4.    The Plaintiff refused our order saying that he was not going anywhere.  Officer Hann again ordered the Plaintiff to come with us.  Officer Hann ordered all the inmates to go to their cells and warned them that if they refused, he would use his O.C. spray on them.  However,

1

Terrence Reese told us "we ain't going f**king nowhere." Officer Hann sprayed Reese, and the other inmates scattered.

5.    Hatcher then began arguing with Officer Hann and me.

6.    We took Reese, Hatcher, and Johnson to the holding area, and they were placed in one of the holding cells. Hatcher tried to fight with Officer Hann and me as we were placing him in the holding cell.

7.    All my actions were taken in furtherance of the legitimate safety and security interests of the Randolph County, Alabama Detention Center, including the inmates and the staff in a situation where the Plaintiff was a threat to those interests.

8.    That night, per Randolph County, Alabama Detention Center policies and procedures, I filled out an Alabama County Jail Incident Report regarding this incident and turned in the Report to Captain Craig Davidson. See Exhibit 1 to this affidavit, Alabama County Jail Incident Report dated October 4, 2005.

9.    I have complied with all policies and procedures of the Randolph County, Alabama Detention Facility. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

10.    I swear to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____
MATTHEW FENDLEY

**SWORN TO** and **SUBSCRIBED** before me this the _10_ day of February, 2006.

_____
NOTARY PUBLIC
My Commission Expires: _My Commission Expires  4/8/07_

# Exhibit 1

# Alabama County Jail Incident Report dated October 4, 2005

# ALABAMA COUNTY JAIL
## INCIDENT REPORT

I report the following incident which occurred at _23.00_ o'clock _P_ . m. at the following
location _C-Block_

Below give a full description of the incident. Be certain to include names of all persons involved,
either as participants or witnesses. If a participant or witness is not a jail employee, please give
full address.

MF Myself and IT (craighann) where upstairs to ring
out + tvs and turning lights out. When
we were through with C-Block and was
walking out I heard somebody yell out
somebody going to die. I turned around
and asked if somebody had something to say
and they were being smart the light were
off. So I opened the door and asked who
had something to say and James Johnson
hollered out stay out of our business I said
your business is my business and he started
swaring so I asked him to come with me, MF

Forward to Jail Administration when complete. Use additional sheets, if necessary.

Reporting Officer: _Matthew Huckaby_

Date of Report: _10-4-05_      Time: _23:00_

Report given to: _Craig Davidson_

Report received by: _____
(Signature of receiving officer)

Date received: _____    Time received: _____

## ALABAMA COUNTY JAIL
## INCIDENT REPORT

MF He said he wasn't going anywhere. Craig then
then said you have 13 seconds partner
I spay you, and who jerry doesn't want
to get sprayed get out of the way. Bro
He fired Craig got to three. Terince Reese
said we, ain't going fucky nowhere. Craig sprayed
Terince Reese then everyone scattered. St Hatcher
then began to rub his mouth so we took
him, James Johnson and Terrance Reese
to holding. St Hatcher tried to fight
with Us as we were putting him in holding.

St Hatcher asked to wash some spray that scattered
on his arms. I was nice and so he was brought
in the restroom in Booking and started cussing
so I pulled him out and he then tried to
resist us. MF

# Exhibit K

# Affidavit of Craig Hann

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

JAMES LEONARD JOHNSON,    )
    )
    Plaintiff,    )
    )
v.    )    Civil Action No.  3:05-cv-01202-MHT-VPM
    )
RANDOLPH COUNTY JAIL, et.al.,    )
    )
    Defendants.    )

## AFFIDAVIT OF CRAIG HANN

STATE OF ALABAMA    )
    )
COUNTY OF RANDOLPH    )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Craig Hann, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.    My name is Craig Hann.  I am over the age of nineteen and competent to make this affidavit.

2.    On October 4, 2005, at 11:00 p.m., Corrections Officer Matt Fendley and I overheard someone in the C-Block saying that someone was going to die.  Therefore Officer Fendely and I opened the door to C-Block to investigate.  The Plaintiff, Terrance Ressee, and TJ Hatcher were in the day room along with other inmates.

3.    When we asked who had made that threat, the Plaintiff said for us to mind our business, and he, Resse, and Hatcher began arguing with Officer Fendely and me. The Plaintiff also told me to get the f**k on.

4.     Therefore, Officer Fendley and I told the Plaintiff to come with us because he was going to be locked down. However, the Plaintiff refused our order stating that he was not going anywhere. I asked him again to come with me, and he again refused. I warned Johnson that I would spray him with my O.C. spray if he did not comply with my order.

5.     I then ordered all inmates in the dayroom to go to their cells. Some of the inmates did not comply. Therefore, I repeated the order. Terrance Ressee said that he was not f**king moving.

6.     I then used my O.C. spray on Ressee. The other inmates ran away. I ordered the Plaintiff to step out into the hall, and he then complied.

7.     Officer Fendley handcuffed Ressee. We then escorted Ressee, Hatcher, and the Plaintiff downstairs. We placed Ressee in the visitation area and Hatcher and the Plaintiff in the booking area. The Plaintiff and Hatcher were placed in the Detox cell.

8.     All my actions were taken in furtherance of the legitimate safety and security interests of the Randolph County, Alabama Detention Center, including the inmates and the staff in a situation where the Plaintiff was a threat to those interests.

9.     Later that night, per Randolph County Detention Center policies and procedures, I filled out an Alabama County Jail Incident Report regarding this incident and turned in the Report to Captain Craig Davidson. See Exhibit 1 to this affidavit, Alabama County Jail Incident Report dated October 5, 2005.

10.    I swear to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____

CRAIG HANN

**SWORN TO** and **SUBSCRIBED** before me this the _10_ day of February, 2006.

_____

NOTARY PUBLIC

My Commission Expires: My Commission Expires 4/8/07

# Exhibit 1

# Alabama County Jail Incident Report
# dated October 5, 2005

# ALABAMA COUNTY JAIL
## INCIDENT REPORT

I report the following incident which occurred at __2300__ o'clock __pm__ . m. at the following location __Randolph Co Jail__

Below give a full description of the incident. Be certain to include names of all persons involved, either as participants or witnesses. If a participant or witness is not a jail employee, please give full address.

mcH       Myself J? and Matt Fendley J17 was walking out of the crows nest and heard someone in Cblock say someone was going to Die. Myself and Matt Fendley opened the door to Cblock and ask who said it. Inmate James Johnson said for us to mind our buisness. J17 Matt Fendley advised Inmate James Johnson that their buisness was our buisness. Inmate James Johnson and Inmate Terrance Reece and Inmate TJ Hatcher started fussing with myself and J17 Matt Fendley. J? myself advised the Inmates to be quiet Inmate James Johnson told me to get the fuck on I advised him to come with me I was going to lock him down. Inmate mcH

Forward to Jail Administration when complete. Use additional sheets, if necessary.

Reporting Officer: __Craig Hamm__

Date of Report: __10-05-05__                     Time: __0100__

Report given to: __Captian Craig Davidson__

Report received by: _____
                    (Signature of receiving officer)

Data received:_____     Time received:_____



# ALABAMA COUNTY JAIL
# INCIDENT REPORT

next James Johnson said he was not going anywhere. I asked him to come on, he refused! I advised Inmate James Johnson that I was going to spray him if he did not come with us! Inmate James Johnson still refused so I advised all the Inmates in the Day room to clear out and get to a cell. They all did not move so I told all the Inmates that on the count of three everybody better get to a cell except for Inmate Johnson! I counted to three and Inmate Terrance Reese said he was not fucking moving. I then sprayed Terrance Reese and was going to attempt to spray everyone else that did not move. Inmates TJ Hatcher, James Johnson, Terrel Phillips got up and ran away from the table. I advised Inmate James Johnson to step out into the Hall and he did as I said. I advised Matt Fendley to handcuff Inmate Terrance Reese and we took Inmate James Johnson (Also advised Inmate TJ Hatcher to go with us) and Inmate Terrance Reese down stairs. We put Reese Terrance in Visitation and James Johnson, TJ Hatcher in booking. While in booking TJ Hatcher was not being cooperative and we had to handcuff him and put Inmate James Johnson and TJ Hatcher in Detox! next

mc H

mc H                    mc H