**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **JAMES LEONARD JOHNSON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No.  3:05-cv-01202-MHT-VPM** |
| | ) | |
| **RANDOLPH COUNTY JAIL, et.al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANTS' ANSWER**

COME NOW Jeff Fuller, Sheriff of Randolph County, Alabama, Shirley Johnson, Jail Administrator of Randolph County, Alabama Detention Facility and Craig Davidson, Assistant Jail Administrator of the Randolph County Detention Facility, Defendants in the above-styled cause, and answer the Plaintiff's Complaint as follows:

**Answer**

The Defendants in this action deny each and every allegation made by the Plaintiff James Leonard Johnson and demand strict proof thereof.  The Defendants deny that they acted, or caused anyone to act, in such a manner so as to deprive the Plaintiff of his constitutional rights.

**Affirmative Defenses**

1.     The Plaintiff's Complaint, separately and severally, fails to state a claim upon which relief may be granted.

2.     The Defendants in this action, in their individual capacities, are entitled to qualified immunity from the Plaintiff's claims.

3.     The Defendants in this matter, in their official capacities, are entitled to absolute immunity from the Plaintiff's claims pursuant to the Eleventh Amendment to the United States Constitution.

4.     Defendants in their official capacities are not "persons" under 42 U.S.C. § 1983.

5.     The Plaintiff's claims are barred by the Prison Litigation Reform Act because he has failed to exhaust administrative remedies and because he has failed to allege any physical injury that is greater than de minimus.

6.     Plaintiff fails to allege any affirmative causal link between the alleged acts of Defendants and any alleged constitutional deprivation or Defendants' direct participation in any alleged constitutional violation.

7.     Defendants are not liable based upon *respondeat superior* theories of liability.

8.     The Plaintiff cannot prove a violation of his rights under the Eighth or Fourteenth Amendments to the United States Constitution.

9.     Defendants were not deliberately indifferent in any respect.

10.    Plaintiff's claims for injunctive relief are moot.

Respectfully submitted this the 13th day of February, 2006.

> **s/ C. Richard Hill, Jr.**
> C. RICHARD HILL, JR. Bar No. HIL045
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of February, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

James Leonard Johnson
Calhoun County Jail
400 West 8th Street
Anniston, AL  36201

**s/C. Richard Hill, Jr.**
OF COUNSEL

3