IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES LEONARD JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.  3:05-cv-01202-MHT-VPM |
| | ) |
| RANDOLPH COUNTY JAIL, et. al., | ) |
| | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR LEAVE TO SUPPLEMENT AFFIDAVIT

COME NOW Sheriff Jeff Fuller, Jail Administrator Shirley Johnson, and Assistant Jail Administrator Craig Davidson, Defendants in the above-styled cause, and submit this Motion for Leave to Supplement their Special Report with the executed affidavits of Craig Hann and Matthew Fendley.  As grounds for so moving the Defendants state as follows:

1.Defendants filed their Special Report on February 13, 2006.

2.Attached to the Special Report was the unexecuted copy of the Affidavits of Craig Hann and Matthew Fendley which Defendants indicated they would seek permission to supplement when they received the executed affidavit.

3.Plaintiff will not be prejudiced by this supplementation.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that this Honorable Court grant their Motion for Leave to Supplement the Affidavits of Craig Hann and Matthew Fendley, attached to their Special Report with the signed and executed Affidavits filed contemporaneously with this Motion.

Respectfully submitted this 27th day of February, 2006.

> **s/C. Richard Hill, Jr.**
> C. RICHARD HILL, JR. Bar No.  HIL045
> Attorney for Defendants
> WEBB & ELEY, P.C.
> 7475 Halcyon Pointe Drive (36117)
> Post Office Box 240909
> Montgomery, Alabama  36124
> Telephone:  (334) 262-1850
> Fax:  (334) 262-1889
> E-mail:  rhill@webbeley.com

## CERTIFICATE OF SERVICE

I hereby certify that on this the 27th day of February, 2006, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and that I have mailed a true and correct copy of the foregoing by United States Mail, postage prepaid, to the following non-CM/ECF participant:

> James Leonard Johnson
> 26 Cedar Springs Dr.
> Jacksonville, AL 36265

> **s/C. Richard Hill, Jr.**
> OF COUNSEL