## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| JAMES LEONARD JOHNSON, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Civil Action No.  3:05-cv-01202-MHT-VPM** |
| | ) | |
| RANDOLPH COUNTY JAIL, et.al., | ) | |
| | ) | |
| **Defendants.** | ) | |

## AFFIDAVIT OF MATTHEW FENDLEY

| | |
|---|---|
| **STATE OF ALABAMA** | ) |
| | ) |
| **COUNTY OF RANDOLPH** | ) |

**BEFORE ME,** the undersigned authority and Notary Public in and for said County and State at large, personally appeared Matthew Findley, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1.     My name is Matthew Fendley.  I am over the age of nineteen and competent to make this affidavit.

2.     On October 4, 2005, Corrections Officer Craig Hann and I overhead someone in the C-Block yell out that someone was going to die.  Therefore, Officer Hann and I opened the door to C-Block to investigate.  The Plaintiff, Terrance Reese, and TJ Hatcher were in the day room along with other inmates.

3.     When we asked who had made that threat, the Plaintiff said for us to mind our business and began swearing.  Therefore, I ordered him to come with us.

4.     The Plaintiff refused our order saying that he was not going anywhere.  Officer Hann again ordered the Plaintiff to come with us.  Officer Hann ordered all the inmates to go to their cells and warned them that if they refused, he would use his O.C. spray on them.  However,

1

Terrence Reese told us "we ain't going f\*\*king nowhere." Officer Hann sprayed Reese, and the other inmates scattered.

5.      Hatcher then began arguing with Officer Hann and me.

6.      We took Reese, Hatcher, and Johnson to the holding area, and they were placed in one of the holding cells. Hatcher tried to fight with Officer Hann and me as we were placing him in the holding cell.

7.      All my actions were taken in furtherance of the legitimate safety and security interests of the Randolph County, Alabama Detention Center, including the inmates and the staff in a situation where the Plaintiff was a threat to those interests.

8.      That night, per Randolph County, Alabama Detention Center policies and procedures, I filled out an Alabama County Jail Incident Report regarding this incident and turned in the Report to Captain Craig Davidson. See Exhibit 1 to this affidavit, Alabama County Jail Incident Report dated October 4, 2005.

9.      I have complied with all policies and procedures of the Randolph County, Alabama Detention Facility. I am not aware of nor have I authorized or allowed any deviation from said policies and procedures.

10.     I swear to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

                                    _____
                                    MATTHEW FENDLEY

SWORN TO and SUBSCRIBED before me this the _10_ day of February, 2006.

                    _____
                    NOTARY PUBLIC
                    My Commission Expires: My Commission Expires 4/8/07