IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| JAMES LEONARD JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:05-cv-01202-MHT-VPM |
| ) | |
| RANDOLPH COUNTY JAIL, et.al., ) | |
| ) | |
| Defendants. ) | |

## AFFIDAVIT OF CRAIG HANN

STATE OF ALABAMA          )
                          )
COUNTY OF RANDOLPH        )

**BEFORE ME**, the undersigned authority and Notary Public in and for said County and State at large, personally appeared Craig Hann, who being known to me and being by me first duly sworn on oath deposes and says as follows:

1. My name is Craig Hann. I am over the age of nineteen and competent to make this affidavit.

2. On October 4, 2005, at 11:00 p.m., Corrections Officer Matt Fendley and I overheard someone in the C-Block saying that someone was going to die. Therefore Officer Fendely and I opened the door to C-Block to investigate. The Plaintiff, Terrance Ressee, and TJ Hatcher were in the day room along with other inmates.

3. When we asked who had made that threat, the Plaintiff said for us to mind our business, and he, Resse, and Hatcher began arguing with Officer Fendely and me. The Plaintiff also told me to get the f**k on.

4. Therefore, Officer Fendley and I told the Plaintiff to come with us because he was going to be locked down. However, the Plaintiff refused our order stating that he was not going anywhere. I asked him again to come with me, and he again refused. I warned Johnson that I would spray him with my O.C. spray if he did not comply with my order.

5. I then ordered all inmates in the dayroom to go to their cells. Some of the inmates did not comply. Therefore, I repeated the order. Terrance Ressee said that he was not f\*\*king moving.

6. I then used my O.C. spray on Ressee. The other inmates ran away. I ordered the Plaintiff to step out into the hall, and he then complied.

7. Officer Fendley handcuffed Ressee. We then escorted Ressee, Hatcher, and the Plaintiff downstairs. We placed Ressee in the visitation area and Hatcher and the Plaintiff in the booking area. The Plaintiff and Hatcher were placed in the Detox cell.

8. All my actions were taken in furtherance of the legitimate safety and security interests of the Randolph County, Alabama Detention Center, including the inmates and the staff in a situation where the Plaintiff was a threat to those interests.

9. Later that night, per Randolph County Detention Center policies and procedures, I filled out an Alabama County Jail Incident Report regarding this incident and turned in the Report to Captain Craig Davidson. See Exhibit 1 to this affidavit, Alabama County Jail Incident Report dated October 5, 2005.

10. I swear to the best of my present knowledge and information that the above statements are true, that I am competent to make this affidavit; and, the above statements are made by drawing from my personal knowledge of the situation.

_____
CRAIG HANN

**SWORN TO** and **SUBSCRIBED** before me this the 10 day of February, 2006.

_____
NOTARY PUBLIC
My Commission Expires: My Commission Expires 4/8/07