IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JAMES LEONARD JOHNSON * 

    Plaintiff, *

    v. *    3:05-CV-1202-MHT

SHERIFF OF RANDOLPH COUNTY, *
*et al.*,
     *

    Defendants.

_____

**ORDER ON MOTION**

Upon consideration of Defendants' February 27, 2006 Motion to Substitute Affidavits, and for good cause, it is

ORDERED that the motion (Doc. No. 16) be and is hereby GRANTED.

Done this 28th day of February 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE