James Leonard Johnson         Civil Action NO.            RECEIVED
    Plaintiff                 3:05-CV-01202-MHT-VPM
    -VS-                                                2006 MAR -7  A 10: 03
Randolph County Jail Et. Al.

Motion for Extension of Time

Come now James L. Johnson Pro SE.
Plaintiff in the above styled cause

On December 16, 2005 the plaintiff filed a complaint in the United States District Court for the Middle District of Alabama. On December 21, 2005 the Magistrate Judge ordered the defendents to file a special report within forty days of the date of the order. On January 27, 2006 the court granted the defendents Motion for Extension of Time, granting the defendants until Febuary 13, 2006 to file their special report and answer.
Due to mix up in the United States Postal Service, plantiff did not receive defendants special report and answer until March 1, 2006. Plantiff was ordered to respond to defendants special report and answer by March 6, 2006.
The plantiff ask this Honorable Court to grant this motion so that he will have the time needed to prepare the appropriate and proper response.

                    Respectfully Submitted March 6, 2006

                    *James L. Johnson* (signature)

                    James L. Johnson

## Certificate of Service

I hereby certifiy that on this 6th day of March, 2006 I have mailed a true and correct copy of the foregoing by United States Postal Service postage prepaid to the following Office of the Clerk, United States District Court P.O. Box 711 Montgomery, Alabama 36101-0711 and to counsel for the defendants, Richard Hill Jr. 7475 Halcyon Pointe Dr. Post Office Box 240909 Montgomery, Alabama 36124

James L. Johnson
26 Cedar Springs Dr.
Jacksonville, Al. 36265

*James L. Johnson* (signature)