IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

_____

JAMES LEONARD JOHNSON       *

    Plaintiff,                 *

        v.                     *       3:05-CV-1202-MHT

SHERIFF OF RANDOLPH COUNTY, *
*et al.*,
                                     *

    Defendants.

_____

## ORDER ON MOTION

Upon consideration of Plaintiff's Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Plaintiff's Motion for Extension of Time (Doc. No. 18) is GRANTED; and

2.  Plaintiff is GRANTED an extension from March 6, 2006 to March 22, 2006 to file his response to Defendants' written report.

Done this 14th day of March 2006.

                                        /s/ Vanzetta Penn McPherson
                                        VANZETTA PENN MCPHERSON
                                        UNITED STATES MAGISTRATE JUDGE