U.S. DISTRICT COURT : ALMD

RECEIVED 2006 MAR 24 A 9:44

James Leonard Johnson
PLAINTIFF
-vs-
Randolph County Jail ET. Al

Civil Action No.
3:05-CV-01202-MHT-VPM

## MOTION TO DISMISS

Come now James L. Johnson Pro Se. Plaintiff in the above styled cause

The Plaintiff ask this honorable court to dismiss this case against the defendants, Jeff Fuller Sheriff of Randolph County, Alabama, Shirley Johnson, Jail Administrator of Randolph County Alabama Detention Facility and Craig Davidson, Assistant Jail Administrator of the Randolph County Detention Facility

The Plaintiff contends that he cannot respond to the defendants special report and answer in the time alloted

The Plaintiff is currently a client in a substance abuse program (Masada Substance Abuse Program, 26 Cedar Springs Dr. Jacksonville Alabama 36265), and does not have access to the material needed to prepare an appropriate response to the defendants special report and answer.

RESPECTFULLY SUBMITTED
MARCH 22, 2006

JAMES L. JOHNSON

*James L. Johnson*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THIS 22nd DAY OF MARCH, 2006. I HAVE MAILED A TRUE AND CORRECT COPY OF THE FOREGOING BY UNITED STATES POSTAL SERVICE, POSTAGE PREPAID TO THE FOLLOWING, OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT P.O. BOX 711 MONTGOMERY, ALABAMA 36101-0711 AND TO COUNSEL FOR THE DEFENDANTS, RICHARD HILL JR. 7475 HALCYON POINTE DR. P.O. BOX 240909 MONTGOMERY, ALABAMA 36124

JAMES L. JOHNSON
26 CEDAR SPRINGS DR.
JACKSONVILLE, AL. 36265