IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES LEONARD JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO.  3:05cv1202-MHT |
| | ) |
| SHERIFF OF RANDOLPH COUNTY, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On 29 March 2006, the Magistrate Judge filed a Recommendation (Doc. #21) in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED as follows:

1. That the Recommendation be and is hereby adopted;

2. That the plaintiff's motion to dismiss complaint (Doc. # 20) be and is hereby GRANTED;

3. That this case be and is hereby DISMISSED without prejudice; and

4. That no costs or fees be TAXED in this case.

Done this the 19th day of April, 2006.

                                                   /s/ Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE